```
STEPHANIE HINDS, CSBN 154284
Acting United States Attorney
DEBORAH STACHEL, CABN 230138
Regional Chief Counsel, Region IX
MARLA K. LETELLIER, CABN 234969
Assistant Regional Counsel,
United States Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105-1545
    Telephone: (510) 970-4830
    Facsimile: (415) 744-0134
    Email: marla.letellier@ssa.gov
```

Attorneys for DEFENDANT

FILED

Aug 30 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS E. HALPERN,<br><br>　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>　　Acting Commissioner Of Social Security,<br><br>　　　　　　Defendant | Case No.: 3:20-cv-07848-TSH<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

　　Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to offer the claimant the opportunity for a new hearing, and issue a new decision on whether the claimant became disabled prior to attaining age 22.  The ALJ will reevaluate the relevant evidence of record, including but not limited to the relevant medical opinions and the evidence submitted to the Appeals Council, and take other further steps as necessary to issue a new decision

Defendant will lodge a proposed Judgment of Remand concurrent with the filing of this stipulation.

Respectfully submitted,

STEPHANIE HINDS
Acting United States Attorney

Dated: August 27, 2021

By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

LAW OFFICES OF BARBARA MANN

Dated: August 27, 2021

By: /s/ *Barbara Mann*
BARBARA MANN
Attorney for Plaintiff
(as approved by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 8/30/2021

THOMAS S. HIXSON
UNITED STATES MAGISTATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28